JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

488 -- IN RE MACK TRUCK PARTS ANTITRUST LITIGATION

| Date | No. | Pleading Description |
|---|---|---|
| 81/11/06 | 1. | MOTION, SCHEDULE OF CASES, MEMORANDUM IN SUPPORT, CERT. OF SVC. -- Pltfs. Weiss Trucking Co., Inc., et al. (eaf) SUGGESTED TRANSFEREE DISTRICT: E. D. Pennsylvania SUGGESTED TRANSFEREE JUDGE:               (eaf) |
| 81/11/12 | | AMENDMENT TO HEARING ORDER -- setting litigation for hearing to be held on Dec. 8, 1981, in West Palm Beach, Fla.       (eaf) |
| 81/11/16 | | APPEARANCES        Reed E. Hundt, Esq. for Mack Trucks, Inc.        Robert W. DeBos, Jr., Esq. for Natl. Distr. Advisory Council        Robert A. Seefried, Esq. for Weiss Trucking Co., Inc.        Thomas S. Malciauskas, Esq. for State of Illinois        Harold E. Kohn, Esq. for National Freight, Inc.        Mitchell A. Kramer, Esq. for Union Street Transport, Inc.        William J. Winning, Esq. for Pileggi & Sons., Inc.        Bernard M. Gross, Esq. for Camden Line Co. |
| 81/11/18 | | APPEARANCES -- ~~Robert~~ David Berger, Esq. for Eastcoast Pollution Control, Inc.            (eaf) |
| 81/11/19 | 2 | REQUEST FOR EXTENSION OF TIME -- Mack Trucks, Inc. and National Distributor Advisory Council -- DENIED -- Notified Involved Counsel  (cds) |
| 81/11/23 | 3 | JOINDER/RESPONSE, MEMORANDUM, EXHIBIT, CERT. OF SVC. -- The State of Illinois.   (eaf) |
| 81/11/24 | 4 | MEMORANDUM IN OPPOSITION, CERT. OF SVC. -- Defts. Mack Trucks, Inc. & the Nat'l Distributors Advisory Council.(ea |
| 81/11/24 | 5 | RESPONSE, CERT. OF SVC. -- Pltf. Alper.  (eaf) |
| 81/11/30 | 6 | JOINDER IN RESPONSE, CERT. OF SVC. -- Pltf. Nat'l Freight, Inc.    (eaf) |
| 81/11/30 | 7 | LETTER RESPONSE, CERT. OF SVC. -- Pltf. Santillo.  (eaf) |
| 81/11/30 | | APPEARANCE -- Paul J. McMahon, Esq. for Marinari Bros. Inc.   (eaf) |
| 81/12/01 | 8 | LETTER -- Joining in response of Plaintiff Alan D. Alper (Pleading No. 5) -- Globe Disposal Co., signed by Hope C. Lefeber -- served involved counsel (cds) |
| 81/12/02 | 9 | LETTER joining in response of Pldg. No. 5 -- Pltf. Marinari Bros., Inc.       (eaf)  w/cert. of svc. |
| 81/12/02 | | WAIVERS OF ORAL ARGUMENT for hearing held on 12/8/81 in West Palm Beach, Florida -- Harold E. Kohn,Esq. for Nat'l Freight, Inc.; Mitchell A. Kramer, Esq. for Union Street Transport, Inc.; David Berger, Esq. for Eastcoast Pollution Control, Inc.; Paul J. McMahon, Esq. for Marinari Bros., Inc.       (eaf) |

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. **488** -- _____     **p.2**

| Date | Ref. | Pleading Description |
|------|------|---------------------|
| 81/12/02 | 10 | REPLY MEMORANDUM, CERT. OF SVC. -- Pltfs. Weiss Trucking Co., Inc., et al.          (eaf) |
| 81/12/04 |  | HEARING APPEARANCES -- ROBERT A. SEEFRIED, ESQ. for Weiss Trucking Co., Inc., et al.; THOMAS S. MALCIAUSKAS, ESQ. for State of Illinois; BERNARD M. GROSS, ESQ. for Pltfs. Alper, Nat'l Freight & Globe Disposal Co.; REED E. HUNDT, ESQ. for Mack Trucks, Inc.; ROBERT W. DEVOS, JR., ESQ. for National Distributor Advisory Council          (ds) |
| 81/12/04 | 11 | JOINDER IN MOTION -- Union Street Transport, Inc. -- w/cert of service  (cds) |
| 82/03/09 |  | ORDER DENYING TRANSFER of litigation pursuant to 28 U.S.C. §1407. Notified involved clerks, judges & counsel.(eaf) |

JPML Form 1

Revised: 8/78

DOCKET NO. <u>488</u> -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION:   <u>IN RE MACK TRUCK PARTS ANTITRUST LITIGATION</u>

SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| 2/25/82 | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | 3/9/82 | MO (denial) | | | | |

<u>Special Transferee Information</u>

DATE CLOSED:   <u>3/9/82</u>

LISTING OF INVOLVED ACTIONS

JPML FORM 1

DOCKET NO. 488 -- IN RE MACK TRUCK PARTS ANTITRUST LITIGATION

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Weiss Trucking Co., Inc., et al. v. Mack Trucks, Inc., et al. | S.D.OH. Kinneary | C-2-81-1189 | | | | |
| A-2 | State of Illinois v. Mack Trucks, Inc. et al. | N.D.Ill. McGarr | 81-C-3106 | | | | |
| A-3 | Globe Disposal Co., Inc., et al. v. Mack Trucks, Inc., et al. | E.D.Pa. Troutman | 81-0127 | | | | |
| A-4 | National Freight, Inc. v. Mack Trucks Inc., et al. | E.D.Pa. Troutman | 81-0153 | | | | |
| A-5 | Mariani Bros., Inc. v. Mack Trucks, Inc., et al. | E.D.Pa. Troutman | 81-0128 | | | | |
| A-6 | East Coast Pollution Control, Inc. v. Mack Trucks, Inc., et al. | E.D.Pa. Troutman | 81-0159 | | | | |
| A-7 | Union Street Transport, Inc. v. Mack Trucks, Inc., et al. | E.D.Pa. Troutman | 81-0254 | | | | |
| A-8 | Deetz-Bay Construction Co., et al. v. Mack Trucks, Inc., et al. | E.D.Pa. Troutman | 81-0586 | | | | |
| A-9 | John McTamney, et al. v. Mack Trucks, Inc., et al. | E.D.Pa. Troutman | 81-0301 | | | | |
| A-10 | Camden Lime Co., etc. v. Mack Trucks, Inc., et al. | E.D.Pa. Troutman | 81-0400 | | | | |
| A-11 | Alan D. Alper v. Mack Trucks, Inc., et al. | E.D.Pa. Troutman | 81-0624 | | | | |

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 488  --   IN RE MACK TRUCK PARTS ANTITRUST LITIGATION

---

MACK TRUCKS, INC.
Reed E. Hundt, Esquire
Latham, Watkins & Hills
1333 New Hampshire Avenue, N.W.
Suite 1200
Washington, D.C.  20036

NATIONAL DISTRIBUTOR ADVISORY
   COUNCIL
Robert W. DeVos, Jr., Esquire
Bergson, Borkland, Margolis
   & Adler
11 DuPont Circle, N.W.
Washington, D.C.  20036

WEISS TRUCKING CO., INC., ET AL.(A-1)
Robert A. Seefried, Esquire
Seymour, Seefried & Hoffman
1010 Wisconsin Ave., N.W.
Suite 810
Washington, D.C.  20007

STATE OF ILLINOIS (A-2)
Thomas S. Malciauskas, Esquire
Assistant Attorney General
State of Illinois
188 W. Randolph St.
Suite 2118
Chicago, Illinois  60601

GLOBE DISPOSAL CO., INC.,
ET AL.  (A-3)
John J. McAleese, Jr., Esquire
Cunniff, Bray & McAleese
Suite 240
One Bala Cynwyd Plaza
Bala Cynwyd, Pennsylvania 19004

NATIONAL FREIGHT, INC. (A-4)
Harold E. Kohn, Esquire
Kohn, Savett, Marion & Graf, P.C.
Suite 1214, 1700 Market St.
Philadelphia, Pa.  19103

MARIANI BROS., INC. (A-5)

Paul J. McMahon, Esq.
Barrack, Rodos & McMahon
2000 Market Street
Philadelphia, Pa. 19103

EAST COAST POLLUTION CONTROL, INC.(A-6)

David Berger, Esquire
Berger & Montague
1622 Locust Street
Philadelphia, Pa.  19103

UNION STREET TRANSPORT, INC. (A-7)
Mitchell A. Kramer, Esquire
Kramer and Salus
1520 Locust Street
The Seventh Floor
Philadelphia, Pa.  19102

DEETZ-BAY CONSTRUCTION CO. (A-8)
(No Appearance Received)
Edward C. German, Esquire
Suite 3100
1818 Market Street
Philadelphia, Pa. 19103

Case MDL No. 488   Document 1   Filed 05/19/15   Page 6 of 7

DOCKET NO. __488____ -- IN RE MACK TRUCK PARTS ANTITRUST LITIGATION

PILEGGI & SONS, INC. (A-9)
William J. Winning, Esquire
Curran, Winning & Fioravanti
606 East Baltimore Pike
P.O. Box 30
Media, Pa.  19063

CAMDEN LINE COMPANY (A-10)
Bernard M. Gross, Esq.
Gross & Sklar, P.C.
Sixth Floor - 1500 Walnut St.
Philadelphia, Pa.  19103

ALAN D. ALPER (A-11)
Seymour Kurland, Esquire
Wolf, Block, Schorr and Solis-Cohen
Twelfth Floor
Packard Building
Philadelphia, Pa.  19102

JPML FORM 3

p. 1

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 488 -- IN RE MACK TRUCK PARTS ANTITRUST LITIGATION

| Name of Party | Named as Party in Following Actions |
|---|---|
| Mack Trucks, Inc. | A-1, A-2, A-3, A-4, A-5, A-6, A-7, A-8, A-9, A-10, A-11 |
| National Distributors Advisory Council | A-1, A-2, A-3, A-4, A-5, A-6, A-7, A-8, A-9, A-10, A-11 |