FILED

MAR -9 1982

PATRICIA D. H...
CLERK OF THE PANEL

3/9/82

DOCKET NO. 488

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE MACK TRUCK PARTS ANTITRUST LITIGATION

ORDER DENYING TRANSFER*

    This litigation consists of eleven actions pending in three districts -- nine actions in the Eastern District of Pennsylvania and one action each in the Northern District of Illinois and the Southern District of Ohio. Presently before the Panel is a motion by the plaintiffs in the Ohio action for transfer under 28 U.S.C. §1407 of the Ohio and Illinois actions to the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings with the actions pending there. Plaintiff in the Illinois action and plaintiffs in four of the Pennsylvania actions support transfer. Mack Trucks, Inc., and its National Distributor Advisory Council, the defendants in each action, oppose transfer.

    On the basis of the papers filed and the hearing held, we find that Section 1407 transfer would neither serve the convenience of the parties and witnesses nor further the just and efficient conduct of the litigation. We recognize that these actions share some questions of fact, but we are persuaded that this factor is outweighed by 1) the more advanced stage of the Pennsylvania actions in comparison to the Ohio and Illinois actions; 2) the fact that, because the Pennsylvania actions have been consolidated among themselves, there are really only three actions pending before the Panel; 3) the absence of any conflicting class action allegations; and 4) the widely different scope of the actions pending in the three districts -- ranging from a purported nationwide class of non-governmental purchasers in Pennsylvania, to a purported statewide class of governmental purchasers in Illinois, to individual plaintiffs in Ohio.

    IT IS THEREFORE ORDERED that the motion pursuant to 28 U.S.C. §1407 to transfer the actions listed on the attached Schedule A be, and the same hereby is, DENIED.

FOR THE PANEL:

Andrew A. Caffrey
Chairman

---

* Judges Roy W. Harper and Sam C. Pointer, Jr. took no part in the decision of this matter.

Schedule A

MDL-488 -- In re Mack Truck Parts Antitrust Litigation
    Southern District of Ohio
    Weiss Trucking Co., Inc., et al. v. Mack Trucks, Inc., et al., C.A. No. C-2-81-1189
    Northern District of Illinois
    State of Illinois v. Mack Trucks, Inc., et al., C.A. No. 81C3106
    Eastern District of Pennsylvania
    Globe Disposal Co., Inc., et al. v. Mack Trucks, Inc., et al., C.A. No. 81-0127
    National Freight, Inc. v. Mack Trucks Inc., et al., C.A. No. 81-0153
    Mariana Bros., Inc. v. Mack Trucks, Inc., et al., C.A. No. 81-0128
    East Coast Pollution Control, Inc. v. Mack Trucks, Inc., et al., C.A. No. 81-0159
    Union Street Transport, Inc. v. Mack Trucks, Inc., et al., C.A. No. 81-0254
    Deetz-Bay Construction Co., et al. v. Mack Trucks, Inc., et al., C.A. No. 81-0586
    John McTamney, et al. v. Mack Trucks, Inc., et al., C.A. No. 81-0301
    Camden Lime Co., etc. v. Mack Trucks, Inc., et al., C.A. No. 81-0400
    Alan D. Alper v. Mack Trucks, Inc., et al., C.A. No. 81-0624